Sharon MATTSON, Plaintiff—
Appellant,

and

Paul Mattson, Plaintiff,

v.

YAVAPAI COMMUNITY HOSPITAL
ASSOCIATION, an Arizona corpora-
tion dba Yavapai Regional Medical
Center, Defendant—Appellee.

No. 03–15703.

D.C. No. CV–99–00757–RCB.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Sharon Mattson, Fallbrook, CA, pro se.

David A. Selden, Esq., Stinson Morrison
Hecker LLP, Phoenix, AZ, for Defendant–
Appellee.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

MEMORANDUM **

Sharon Mattson appeals pro se the dis-
trict court's judgment following a jury trial
in Mattson's Title VII action alleging em-
ployment discrimination. We have juris-
diction pursuant to 28 U.S.C. § 1291. We
affirm.

On appeal, Mattson attempts to chal-
lenge the jury instructions given at trial.
Because Mattson's counsel stipulated to
the proposed jury instructions and other-
wise failed to object at trial, Mattson has
waived any such argument on appeal. *See*
Fed.R.Civ.P. 51 (1987); *Zhang v. Ameri-
can Gem Seafoods, Inc.,* 339 F.3d 1020,
1030 (9th Cir.2003).

We also decline to consider the other
contentions Mattson raises for the first
time on appeal. *See Yeti by Molly, Ltd. v.
Deckers Outdoor Corp.,* 259 F.3d 1101,
1108 (9th Cir.2001).

We deny all pending motions.

AFFIRMED.

---

* Because the panel unanimously finds this case
  suitable for decision without oral argument,
  Mattson's request for oral argument is denied.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

